

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2022

No. 04-21-00430-CV

**TEXAS DEPARTMENT OF TRANSPORTATION** and James M. Bass,
Appellants

v.

**ROBERT DIXON TIPS PROPERTIES, LLC**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI10003
Honorable Tina Torres, Judge Presiding

# O R D E R

The Appellant's Second Unopposed Motion for Extension of Time to File Motion for Rehearing is GRANTED. The motion for rehearing is due on October 3, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court